# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**OCTAVIO RESTREPO,**

      **Plaintiff,**

-vs-                                                                                **Case No. 6:09-cv-203-Orl-19KRS**

**I PROC ORLANDO, LLC,**

      **Defendant.**

## ORDER

This case comes before the Court on the Joint Stipulation for Dismissal Without Prejudice. (Doc. No. 25, filed June 9, 2009.) Plaintiff Octavio Restrepo brought this case on behalf of himself and those similarly situated against his employer, Defendant I Proc Orlando, LLC, for payment of unpaid overtime compensation pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 207(a)(1), 215(a)(2) (2006). (Doc. No. 1, filed Feb. 2, 2009.) The case has not been certified as a collective action.

Normally in FLSA cases, the Court must review any compromised resolution of the action for fairness. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982). However, where the parties seek dismissal without prejudice, there is no final adjudication on the merits and therefore no need for fairness review. *Kerr v. Powerplay Arcade, Inc.*, No. 6:07-cv-1441-Orl-19KRS, 2007 WL 3307091, at *1 (M.D. Fla. Nov. 6, 2007) (order in which the Undersigned adopted the recommendation of the United States Magistrate Judge to dismiss an FLSA case on the joint stipulation of the parties without prejudice and without any review for fairness). Because the

parties in the instant case have stipulated to dismissal without prejudice, such dismissal may be granted without further review.

**Conclusion**

Based on the foregoing, pursuant to the Joint Stipulation for Dismissal Without Prejudice, (Doc. No. 25), this case is **DISMISSED WITHOUT PREJUDICE**. All pending motions are **DENIED AS MOOT**, and the Clerk of the Court is directed to close the file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on July 1, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:
Counsel of Record